AVRAM D WHITE
LAW OFFICES OF AVRAM D WHITE, ESQ
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re:  JUAN CARLOS JIMENEZ
     53 COTTAGE STREET
     JERSEY CITY,  NJ  07306

Atty:  AVRAM D WHITE
       LAW OFFICES OF AVRAM D WHITE, ESQ
       66 HAMPTON TERRACE
       ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-27627

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 10/01/2019 | $100.00 | 26061483857 | 10/15/2019 | $300.00 | 26061493443 |
| 10/29/2019 | $78.00 | 26061480011 | 10/29/2019 | $260.00 | 26061480022 |
| 11/15/2019 | $660.00 | 26139861540 | 12/27/2019 | $660.00 | 26447607382 |
| 01/14/2020 | $660.00 | 26139894838 | 05/13/2020 | $660.00 | 1927627-26297728525 |
| 05/13/2020 | $660.00 | 1927627-26297738943 | 05/13/2020 | $660.00 | 1927627-26297716206 |
| 05/19/2020 | $660.00 | 26297756504 | 06/16/2020 | $660.00 | 26297768057 |
| 07/16/2020 | $660.00 | 26708911593 | 09/11/2020 | $660.00 | 26423429646 |
| 10/05/2020 | $660.00 | 26961835983 | 10/26/2020 | $660.00 | 26423451887 |
| 11/20/2020 | $660.00 | 26423441190 | 01/12/2021 | $660.00 | 26915989937 |
| 02/02/2021 | $660.00 | 26423474646 | 02/23/2021 | $660.00 | 26423486245 |
| 03/18/2021 | $660.00 | 26423481115 | 04/29/2021 | $660.00 | 26522701266 |
| 06/08/2021 | $660.00 | 26522704451 | 06/21/2021 | $660.00 | 27502456083 |
| 07/27/2021 | $660.00 | 26522774706 | 09/08/2021 | $660.00 | 26775621112 |
| 11/08/2021 | $660.00 | 26775620425 | 11/18/2021 | $660.00 | 27167193540 |
| 11/23/2021 | $660.00 | 27729207112 | 12/29/2021 | $660.00 | 27729219690 |

**Total Receipts:  $17,898.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $17,898.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| GREGORY FUNDING | | | | | | | |
| | 09/21/2020 | $1,487.27 | 856,181 | | 10/19/2020 | $265.21 | 858,059 |
| | 11/16/2020 | $530.41 | 859,852 | | 12/21/2020 | $265.21 | 861,676 |
| | 02/22/2021 | $530.41 | 865,159 | | 03/15/2021 | $265.21 | 866,982 |
| | 04/19/2021 | $265.21 | 868,700 | | 05/17/2021 | $265.21 | 870,589 |
| | 07/19/2021 | $539.01 | 874,181 | | 08/16/2021 | $269.51 | 875,873 |
| | 10/18/2021 | $105.91 | 879,377 | | 12/13/2021 | $321.12 | 882,716 |

Chapter 13 Case # 19-27627

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | | | | | | | |
| | 09/21/2020 | $1,835.48 | 856,369 | | 09/21/2020 | $100.92 | 856,369 |
| | 10/19/2020 | $327.30 | 858,226 | | 10/19/2020 | $18.00 | 858,226 |
| | 11/16/2020 | $654.60 | 860,008 | | 11/16/2020 | $35.99 | 860,008 |
| | 12/21/2020 | $327.30 | 861,850 | | 12/21/2020 | $17.99 | 861,850 |
| | 02/22/2021 | $654.60 | 865,359 | | 02/22/2021 | $35.99 | 865,359 |
| | 03/15/2021 | $327.30 | 867,139 | | 03/15/2021 | $18.00 | 867,139 |
| | 04/19/2021 | $327.30 | 868,886 | | 04/19/2021 | $17.99 | 868,886 |
| | 05/17/2021 | $327.30 | 870,754 | | 05/17/2021 | $18.00 | 870,754 |
| | 07/19/2021 | $665.21 | 874,345 | | 07/19/2021 | $36.57 | 874,345 |
| | 08/16/2021 | $332.61 | 876,037 | | 08/16/2021 | $18.29 | 876,037 |
| | 10/18/2021 | $130.71 | 879,540 | | 10/18/2021 | $383.78 | 879,540 |
| | 12/13/2021 | $396.30 | 882,868 | | 12/13/2021 | $1,163.58 | 882,868 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,240.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFNI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | GREGORY FUNDING | MORTGAGE ARRI | 7,825.68 | 100.00% | 5,109.69 | 2,715.99 |
| 0012 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | CREDIT ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | FIRST PREMIER BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | FOSTER & GARBUS LLP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | SYNCHRONY BANK | UNSECURED | 126.51 | 100.00% | 0.00 | 126.51 |
| 0046 | MIDLAND CREDI/HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | NATIONSTAR MORTGAGE LLC D/B/A MR. | MORTGAGE ARRI | 9,657.90 | 100.00% | 6,306.01 | 3,351.89 |
| 0056 | RUBIN AND ROTHMAN, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0058 | TD BANK N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | LVNV FUNDING LLC | UNSECURED | 920.12 | 100.00% | 0.00 | 920.12 |
| 0065 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 5,310.45 | 100.00% | 0.00 | 5,310.45 |
| 0066 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 118.99 | 100.00% | 0.00 | 118.99 |
| 0067 | NATIONSTAR MORTGAGE LLC D/B/A MR. | (NEW) MTG Agree | 11,706.65 | 100.00% | 1,865.10 | 9,841.55 |

**Total Paid:  $17,271.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $17,898.00    -    Paid to Claims: $13,280.80    -    Admin Costs Paid: $3,990.20    =    Funds on Hand: $627.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.