| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Nationstar Mortgage LLC D/B/A Mr. Cooper | **Order Filed on April 7, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Juan Carlos Jimenez,<br><br>Debtor. | Case No.: 19-27627 JKS<br><br>Adv. No.:<br><br>Hearing Date: 3/24/2022@ 10:00 a.m.<br><br>Judge: John K. Sherwood |

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: April 7, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Juan Carlos Jimenez
Case No: 19-27627 JKS
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Nationstar Mortgage LLC D/B/A Mr. Cooper, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 53 Cottage Street, Jersey City, NJ 07306, and the debtor, Juan Carlos Jimenez, through his attorney, Avram D. White, Esq., having filed opposition to the certification and the parties having agreed to resolve this matter pursuant to the following terms:

It is **ORDERED, ADJUDGED and DECREED** that as of March 28, 2022 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2021 through March 2022 for a total post-petition default of $7,618.44 (1 @ $2,386.27, 2 @ $2,337.57, 1 @ $2,335.47, less suspense $1,778.44 ); and

It is **ORDERED, ADJUDGED and DECREED** the debtor will make an immediate payment of $2,337.57; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,280.87 will be paid by Debtor remitting $1,760.29 for per month for three months and in addition to the regular monthly mortgage payment, which additional payments shall begin on April 1, 2022 and continue for a period of three months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2022, directly to Secured Creditor's servicer, Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9741 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor: Juan Carlos Jimenez
Case No: 19-27627 JKS
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

---

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 for attorneys' fees in an amount to be included in a post-petition fee notice, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.